# United States Bankruptcy Court
For The
District of Columbia

Case No: 14-00731

**IN RE:** GLORIA BENITEZ HERNANDEZ
2621 SHERMAN AVE NW
WASHINGTON, DC 20001

SSN #1: XXX-XX-9690

Date: 3/20/2015

## TRUSTEE'S REPORT ON CLAIMS

Comes now, Cynthia A. Niklas, Esquire, Trustee of the above-captioned matter, and pursuant to 11 U.S.C. sec 704(5), has examined all proofs of claims filed in this matter together with the court record herein and reports that pursuant to 11 U.S.C. sec. 501 and 502, applicable Bankruptcy Rules and the court record herein, the following claims are direct pay and/or have been duly filed and/or deemed allowed, unless timely written objection is made and sustained by any party in interest including the debtor, except where no purpose would be served by such objection, or indicate the amount paid prior to amendment or withdrawal.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | DLJ MORTGAGE CAPITAL / SELENE<br>POB 71243 / PHILADELPHIA, PA 19176-6243 | 65,969.56 | | Secured |
| 002 | COLTATE CAPITAL / POB 3085<br>OKLAHOMA CITY, OK 73101-3085 | | | DirectPay<br>.00 |
| 003 | US TREASURY / INTERNAL REVENUE SERVICE<br>POB 7317 / PHILADELPHIA, PA 19101-7317 | None | 6.0000% From 02/20/2015 | Not Filed<br>.00 |
| 004 | DC TREASURER / DC TAX & REVENUE<br>POB 75520 / WASHINGTON, DC 20013 | None | 6.0000% From 02/20/2015 | Not Filed<br>.00 |
| | Total | 65,969.56 | | |

SETH WILLIAM DIAMOND
8613 CEDAR ST
2ND FL
SILVER SPRING, MD 20910

.00    Debtor's Attorney

The absence of timely filed written objection will be deemed an approval by the debtor of the claims as recited above.

CC: DEBTOR(S)
    ATTORNEY

/s/ Cynthia A. Niklas, Esq

Cynthia A. Niklas, Esq
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC 20016